UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-10779-EMC<br><br>**ORDER CONDITIONALLY GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO SEAL; AND CONDITIONALLY GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY**<br><br>Docket Nos. 2-3 |

　　　　Plaintiff is a pro se litigant. He has filed suit using the pseudonym Victor Reed. Defendants are the University of California and affiliated individuals. Plaintiff has sued Defendants for, *inter alia*, sex discrimination, sexual harassment, and retaliation. No Defendant has yet made an appearance in the case. This may be because no Defendant has yet been served with a copy of the summons and complaint.

　　　　Pending before the Court are two motions filed by Plaintiff: (1) a motion asking for leave to proceed using a pseudonym and (2) a motion asking that certain information contained in the complaint be filed under seal. The Court hereby **CONDITIONALLY GRANTS** the motion to proceed anonymously. It also **CONDITIONALLY GRANTS** in part and **DENIES** in part the motion to seal.

　　　　With respect to the first motion, Plaintiff wishes to use a pseudonym because he does not want his identity to be disclosed to the public. He specifically states that he does not object to Defendants having knowledge of his identity. However, given his allegations of sexual assault and disclosure of medical information, he wishes to keep his identity confidential. The Court

conditionally grants Plaintiff's motion. It shall allow Plaintiff to proceed anonymously for the time being but reserves the right to Defendants to challenge this ruling after they have been served and make an appearance in the case. The Court also rules that Plaintiff shall use the name "John Doe" in this litigation, not "Victor Reed," so that the public is not misled. **The Clerk of the Court is instructed to correct the caption for this case so that Plaintiff proceeds under the name "John Doe" instead of "Victor Reed."**

As for Plaintiff's motion to seal, the Court conditionally grants in part and denies in part the motion. Plaintiff seeks to seal only: his name, his contact information, and certain information related to the alleged sexual assault and his medical condition. The Court shall allow – for the time being – sealing of this information, **except** for Plaintiff's mailing address which is simply a P.O. Box. It is highly unlikely that a member of the public will be able to uncover Plaintiff's identity based off of a P.O. Box address alone. As above, the Court reserves to Defendants the right to challenge this ruling after they have been served and made an appearance. Finally, although the Court is largely granting Plaintiff's motion, Plaintiff must identify for the Court the exact redactions he wishes to make so that the Court can ensure that the sealing sought by Plaintiff is appropriate. Accordingly, the Court orders that, within two weeks of the date of this order, Plaintiff shall file **under seal** a copy of his complaint with **all proposed redactions highlighted in yellow**. On the same date, Plaintiff shall also **publicly file** a redacted copy of the complaint.

This order disposes of Docket Nos. 2 and 3.

**IT IS SO ORDERED**.

Dated: January 12, 2026

_____
EDWARD M. CHEN
United States District Judge