JOHN DOE
PO Box 483
Isleton, CA 95641
415-737-4225
x92qt77@proton.me
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA;<br><br>ASHOK AJOY, in his individual capacity;<br><br>RICHARD KENT LYONS, in his official capacity;<br><br>SAMANTHA GROSS (a/k/a SAMANTHA LACHLER), in her individual capacity;<br><br>and DOE DEFENDANTS 1-20<br><br>              Defendants | Case No.: 3:25-cv-10779-EMC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE AT MAY 7, 2026 MOTION HEARING** |

Pursuant to Civil Local Rule 7-11, Plaintiff John Doe respectfully moves for leave to appear remotely, via Zoom, at the hearing currently set for May 7, 2026 on Plaintiff's motion for leave to file a Second Amended Complaint.

Good cause exists for remote appearance. Plaintiff is proceeding pseudonymously in this action. In late March 2026, Plaintiff received media contact via voicemail seeking comment regarding the case. That contact sought additional information beyond what appears in the public

ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE AT MAY 7, 2026 MOTION HEARING - 1

filings. Plaintiff is therefore concerned that an in-person appearance would create unnecessary risk of public identification and exposure inconsistent with the pseudonym protections already in place in this case. Permitting Plaintiff to appear by Zoom would preserve those protections without prejudicing any party or impairing the orderly conduct of the hearing.

A stipulation is not possible at this time because opposing counsel has taken the position that they are not in a position to stipulate to matters before appearing by responsive pleading. Plaintiff therefore files this administrative motion without a stipulation.

For the foregoing reasons, Plaintiff respectfully requests an order permitting Plaintiff to appear remotely via Zoom at the May 7, 2026 hearing.

Dated: April 10, 2026

Respectfully submitted,

/s/ John Doe            .

JOHN DOE
Plaintiff

ADMINISTRATIVE MOTION FOR REMOTE APPEARANCE AT MAY 7, 2026 MOTION HEARING - 2