UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

          Plaintiff,

    v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

          Defendants.

Case No. 25-cv-10779-EMC

**ORDER RE BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Docket No. 31

Plaintiff has sued the Regents of the University of California as well as several employees, asserting, *inter alia*, that one of the employees (a professor) sexually assaulted him and that, when he reported the incident to the University, it retaliated against him (*e.g.*, by accusing him of sabotaging computers in the professor's lab). Plaintiff has moved for leave to amend his complaint, specifically, to add a new claim for retaliation against the University. Plaintiff's motion is currently set for hearing on May 7, 2026, and the University's opposition was due on April 8, 2026. While the University did not file a response to the motion, that seems to be because the University does not have to make an appearance in this case until April 27, 2026. Given these circumstances, the Court rules as follows.

    1.    The Court temporarily **VACATES** the May 7 hearing for Plaintiff's motion to amend.

    2.    The Court also temporarily **VACATES** the briefing schedule for the motion to amend.

    3.    After the University makes a formal appearance in this case, Plaintiff shall initiate a meet and confer with the University regarding his motion to amend. If the parties cannot stipulate

to an amended complaint, then the parties shall reach a stipulation on a new briefing and hearing schedule. The meet and confer may be a part of, and shall take place no later than, the parties' Rule 26(f) conference. The stipulation shall be filed no later than one week after the meet and confer.

4. In light of the Court's order herein, Plaintiff's request that he be allowed to attend the hearing on his motion via Zoom is **MOOT**. *See* Docket No. 32 (motion) (asking for permission to appear via Zoom because an "in-person appearance would create unnecessary risk of public identification and exposure inconsistent with the pseudonym protections already in place in this case").

**IT IS SO ORDERED**.

Dated: April 13, 2026

_____
EDWARD M. CHEN
United States District Judge