SANDRA L. McDONOUGH (SBN 193308)
sandy.mcdonough@quarles.com
JACK T. EDMOND (SBN 363497)
jack.edmond@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA;
CHANCELLOR RICHARD KENT LYONS;
PROFESSOR ASHOK AJOY;
SAMANTHA GROSS

JOHN DOE
PO Box 483
Isleton, CA 95641
415-737-4225
x92qt77@proton.me
Plaintiff, Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; ASHOK AJOY, in his individual capacity; RICHARD KENT LYONS, in his official capacity; SAMANTHA GROSS (a/k/a SAMANTHA LACHLER), in her individual capacity; and DOE DEFENDANTS 1-20<br><br>                    Defendants | Case No.: 3:25-cv-10779-EMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Pursuant to the Parties' joint stipulation filed April 26, 2026, Dkt. 36, IS IT SO ORDERED:

1. Plaintiff may file his Second Amended Complaint adding a Title VII claim against

~~[PROPOSED]~~ ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT - 1

Defendant The Regents. By doing so, Defendants do not waive any defenses or objections to the merits of Plaintiff's claims.

2.   In light of Plaintiff's anticipated filing of a Second Amended Complaint, Defendants are relieved of any obligation to respond to the now-operative First Amended Complaint. Defendants shall file their responsive pleading to the Second Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3), which shall run from the day of filing the Second Amended Complaint.


Dated:  May 12, 2026

Hon. Edward M. Chen
United States District Judge
Northern District of California

[PROPOSED] ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT - 2