UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>       Defendants. | Case No.  25-cv-10779-EMC   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY AND ORDER RESOLVING PLAINTIFF JOHN DOE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNILATERAL DISCOVERY LETTERS**<br><br>Re: Dkt. Nos. 68, 69 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  Having reviewed self-represented Plaintiff John Doe's (Plaintiff) Administrative Motion for Leave to File Unilateral Discovery Letters and his supporting declaration (ECF Nos. 68, 68-1), the Court DENIES Plaintiffs' request for relief.  It appears that the efforts to resolve the disputes through a meet and confer process were insufficient.  Crediting the material attached to the declaration as true—Defendants have not responded to the motion—there apparently was limited time allowed for Defendants to address the various discovery issues that Plaintiff raised, and there were technical difficulties that occurred during the meet and confer sessions.  Nor has Plaintiff persuaded the Court that interim evidence preservation relief is necessary.

The parties are directed to review the undersigned's Civil Standing Order, in particular Part F, which addresses discovery and the procedure for raising discovery disputes for resolution by the Court.  Before any further discovery disputes are filed, the parties shall make a joint request for a discovery status conference held via Zoom with Judge Cisneros.  The parties shall submit such a request by emailing her Courtroom Deputy (ljccrd@cand.uscourts.gov).  At this status

conference, the Court will informally consider the dispute(s) that have arisen, and may modify her standing order to allow unilateral letters or impose some other dispute resolution procedure that is tailored to this case.  The Civil Standing Order for Magistrate Judge Cisneros is available at https://cand.uscourts.gov/ljc/.  The parties shall review the Northern District of California Guidelines for the Discovery of Electronically Stored Information, which is available at https://cand.uscourts.gov/sites/default/files/wp-content/uploads/forms/e-discovery-esi-guidelines/ESI_Guidelines-12-1-2015.pdf.

**IT IS SO ORDERED.**

Dated: August 13, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California